UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO ORTIZ-VICTORIA,<br><br>Defendant. | CASE NO.: 23-CR-201-W<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
|---|---|

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Alberto Ortiz-Victoria's Motion Hearing, currently scheduled for March 27, 2023, be rescheduled to *May 8, 2023, at 9:00 a.m*. It is further ordered that time should be excluded in the interests of justice. See 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

DATED: 3/22/23

HON. THOMAS J. WHELAN
United States District Court Judge