UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23cr0201-W |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| v. | |
| ALBERTO ORTIZ-VICTORIA, | |
| Defendant | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing from May 8, 2023 to June 12, 2023 at 9:00am **is granted**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A), (h)(1)(D), and (h)(7).

**IT IS SO ORDERED.**

Dated: 4/27/23

**HONORABLE THOMAS J. WHELAN**
UNITED STATES DISTRICT JUDGE